FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

2005 NOV 22  AM 10: 00

CLERK _McCarthy_
SO. DIST. OF GA.

| | |
|---|---|
| DAVID WALKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 105-158 |
| ) | |
| HUGH SMITH, Warden, and ) | |
| THURBERT E. BAKER, Attorney General, ) | |
| ) | |
| Respondents. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Therefore, the motion to proceed *in forma pauperis* in this § 2254 case is **MOOT**, this civil action is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 22nd day of November, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE